UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| HOWARD PAYNE,<br><br>          Petitioner,<br><br>v.<br><br>KELLY RYAN,<br><br>          Respondent. | No. 15-cv-12965-PBS |

**REPORT AND RECOMMENDATION REGARDING PETITION FOR WRIT
OF HABEAS CORPUS PURSUANT TO 28 U.S.C. § 2254 (Dkt. No. 1)**

Cabell, U.S.M.J.

I. **INTRODUCTION**

Howard Payne ("the petitioner" or "Payne") is currently incarcerated at the Massachusetts Correctional Institute at Shirley following his conviction in the Suffolk County Superior Court for second degree murder among other offenses. Payne admits that he fatally shot the husband of a woman with whom he was romantically involved, but argues that the shooting was provoked and occurred in the midst of "sudden combat," and thus amounted at most to manslaughter rather than murder. In fact, the jury was instructed that it could find Payne guilty of manslaughter if it agreed the shooting occurred in the midst of sudden combat, and could also for that matter acquit Payne if it concluded he acted

3/9/18 after a review of the objections, I adopt the report and recommendation and deny the petition. I do not certify for appeal. /s/ PBSaris